# UNITED STATES DISTRICT COURT
for the
Southern District of California

| United States of America | ) |
|---|---|
| v. | ) |
| Saul Leal | ) Case No. 19mj1563 (WvG) |
| Defendant | ) |

## STIPULATED CONTINUANCE OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1.

I agree to continue my preliminary hearing date to the date of my arraignment for the following reason(s):
- [✓] to obtain/review discovery
- [✓] to obtain/consider a pre-indictment offer from the United States
- [ ] other reason:

Date: 4-19-19

_____
Defendant's signature

_____
Signature of defendant's attorney

Robert H. Rexrode; California State Bar No. 230024
Printed name and bar number of defendant's attorney

Law Offices of Robert H. Rexrode
427 C Street, Suite 310
San Diego, Ca. 92101
Address of defendant's attorney

robert_rexrode@rexrodelawoffices.com
E-mail address of defendant's attorney

(619) 630-4435
Telephone number of defendant's attorney

For good cause, taking into account the public interest in the prompt disposition of criminal cases, and with the defendant's consent, the Court continues the preliminary hearing date to 5/13/2019 at 2:00 PM WVG.

4/22/2019
Date

_____
United States Magistrate Judge