**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>SAUL LEAL,<br><br>                    Defendant. | Case No.: '19 CR1697 BAS<br><br>I N F O R M A T I O N<br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine and Cocaine (Felony) |

FILED May 13 2019 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY s/mattb DEPUTY

The United States Attorney charges:

Count 1

On or about April 16, 2019, within the Southern District of California, defendant SAUL LEAL, did knowingly and intentionally import 500 grams and more, to wit: approximately 30.58 kilograms (67.41 pounds) of a mixture and substance containing a detectable amount of Methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

Count 2

On or about April 16, 2019, within the Southern District of California, defendant SAUL LEAL, did knowingly and intentionally import 5 kilograms and more, to wit: approximately 5.6 kilograms (12.34 pounds) of a mixture and substance containing a detectable amount of

APW:da:4/22/2019

Cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 5/13/19

ROBERT S. BREWER, JR.
United States Attorney

ALICIA P. WILLIAMS
Assistant U.S. Attorney