1  Robert H. Rexrode
    California Bar No. 230024
2  Law Offices of Robert H. Rexrode
    427 C Street, Suite 310
3  San Diego, Ca. 92101
    (619) 630-4435
4  robert_rexrode@rexrodelawoffices.com

5

6                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF CALIFORNIA
7                  (HONORABLE CYNTHIA A. BASHANT)

8  UNITED STATES OF AMERICA,          Case No.:  19cr1697-BAS

9              Plaintiff,             Date:  June 17, 2019
                                      Time: 21:00 p.m.
10  vs.

                                      NOTICE OF MOTION & MOTION
11  SAUL LEAL,                        FOR DISCOVERY

12              Defendant.

13  **I.      Notice of Motion**

14      Please be advised that Counsel seeks to have the following motion granted.

15  **II.     Motion for Discovery**

16      **A. Charge**

17      Mr. Saul Leal is charged in a one-count information with importing a

18  controlled substance into the United States.

19  //

20  //

Notice of Motion & Motion                 1                          19cr1697

**B. Discovery provided thus far**

Counsel has thus far received the type and amount of discovery associated with this type of case, at this point in the case. Counsel also has no reason to believe discovery will be anything other than prompt and amicable.

**C. General discovery Request**

Nonetheless, to protect Mr. Leal's constitutional and statutory rights if the need arise, Counsel requests production of all materials to which Mr. Leal is entitled to under Federal Rule of Criminal Procedure 16 and the United States Constitution. This request includes materials covered by *Brady v. Maryland* and Federal Rule of Evidence 404 and encompasses any information that may be material—meaning helpful or relevant—to the preparation of the defense's case, or to the decision whether to pursue or abandon a line of defense.[1]

**D. Conclusion**

Mr. Leal asks that the Court grant her motion.

Date: May 30, 2019

/s *Robert H. Rexrode*
Robert H. Rexrode

---

[1] *See United States v. Hernandez-Meza*, 720 F.3d 760, 768 (9th Cir. 2013); *United States v. Doe*, 705 F.3d 1134, 1151 (9th Cir. 2013); *United States v. Budziak*, 697 F.3d 1105, 1111 (9th Cir. 2012).