| | |
|---|---|
| 1 | Robert H. Rexrode |
| | California Bar No. 230024 |
| 2 | Law Offices of Robert H. Rexrode |
| | 427 C Street, Suite 310 |
| 3 | San Diego, Ca. 92101 |
| | (619) 630-4435 |
| 4 | robert_rexrode@rexrodelawoffices.com |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(HONORABLE CYNTHIA A. BASHANT)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 19cr1697-BAS |
| Plaintiff, | |
| vs. | JOINT MOTION TO CONTINUE HEARING |
| SAUL LEAL, | |
| Defendant. | |

   Counsel for Defendant requests that the motion-hearing currently scheduled for June 17, 2019, at 2:00 p.m., be continued to July, at 2:00 p.m.. There are motions pending before the Court and the continuance is necessary for me to adequately represent my client. The government has no opposition to this request.

| | |
|---|---|
| June 12, 2019 | /s *Robert H. Rexrode* |
| | Attorney for Defendant |
| Une 12, 2019 | /s *Alicia Williams* |
| | Attorney for Plaintiff |